

# Fourth Court of Appeals
## San Antonio, Texas

September 11, 2014

No. 04-14-00065-CR

Kendrick **RANDLE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No 2, Guadalupe County, Texas
Trial Court No. CCL-13-0703
Honorable Brenda Chapman, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court